# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Jingjing Guo,

    Petitioner,

v.

Fred Figueroa, et al.,

    Respondents.

No. CV-26-01356-PHX-RM (CDB)

**ORDER**

Petitioner challenges his present immigration detention in a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, arguing that because his removal proceedings have concluded in his favor, Respondents lack statutory authority to continue detaining him, and his ongoing detention violates both the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment. (Doc. 1.) The Court directed Respondents to show cause why Petitioner's Petition should not be granted. (Doc. 4.) Respondents' response stated "Respondents do not oppose Petitioner's request for release from custody at this time." (Doc. 5.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

**IT IS THEREFORE ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.
2. Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

. . . .

3. Respondents must provide a notice of compliance within **two (2) business days** of Petitioner's release.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 6th day of March, 2026.

_____
Honorable Rosemary Márquez
United States District Judge